| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>James, Christopher Allen | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>James, BonnieJean |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Zippelius, BonnieJean |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>6959 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>3782 |
| Street Address of Debtor (No. and Street, City, and State):<br>835 Washington Street<br>Woodstock, IL　ZIP CODE 60098 | Street Address of Joint Debtor (No. and Street, City, and State):<br>835 Washington Street<br>Woodstock, IL　ZIP CODE 60098 |
| County of Residence or of the Principal Place of Business:<br>McHenry | County of Residence or of the Principal Place of Business:<br>McHenry |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): James, Christopher & BonnieJean |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: See Attached | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B 1 (Official Form) 1 (1/08)     Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>James, Christopher & BonnieJean |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _[signed]_<br>Signature of Debtor<br>X _[signed]_<br>Signature of Joint Debtor<br>224-587-3794 / 224-587-3541<br>Telephone Number (if not represented by attorney)<br>3/12/2010<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X _____<br>Signature of Attorney for Debtor(s)<br>_____<br>Printed Name of Attorney for Debtor(s)<br>_____<br>Firm Name<br>_____<br>Address<br>_____<br>Telephone Number<br>_____<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>_____<br>Printed Name of Authorized Individual<br>_____<br>Title of Authorized Individual<br>_____<br>Date | |

# Attachment to Form 1 - Voluntary Petition

## All Prior Bankruptcy Cases Filed Within the Past 8 Years.

| Debtor(s) | Chapter | Location | Case Number | Date Filed | Status |
|---|---|---|---|---|---|
| Christopher A James and Bonnie Jean James | 13 | Northern District of Illinois Eastern Division | 09-26900 | 7/24/2009 | Dismissed |
| Christopher A James | 13 | Eastern District of New York | 07-72634 | 7/13/2007 | Dismissed |
| Christopher A James | 7 | Western District of Wisconsin | 02-13148 | 5/14/2002 | Discharged |

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re James, Christopher Allen          Case No._____
        Debtor                                      *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                              Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ___[signature]___

Date: 3/12/2010

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re James, BonnieJean                                   Case No._____
           Debtor                                                                               *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☑ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                                 Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: 3/12/2010

American Eagle Bank
556 Randall Road
South Elgin IL 60177

Island Gastroenterology
1175 Montauk Highway Suite 3
West Islip NY 11795

Long Island Pathology
PO Box 302
Port Jefferson NY 11777

French Medical Group
300 N McLean Blvd Suite A
Elgin IL 60123

ACC International
919 Estes Court
Schaumburg IL 60193

St Alexius Medical Center
21219 Network Place
Chicago IL 60673

Suburban Maternal Fetal Medicine
PO Box 958216
Hoffman Estates IL 60195

Steven J Muraski DDS
2000 Larkin Avenue Suite 202
Elgin IL 60123

Comprehensive Women's Center
39711 Treasury Center
Chicago IL 60694

Elgin Gastroenterology
745 Fletcher Drive Suite 202
Elgin IL 60123

Genzyme Genetics
PO Box 371748
Pittsburgh PA 15251-7748

Jzanus Ltd
170 Jericho Turnpike
Floral Park NY 11001

Enzo Clinical Labs
PO Box 9084
Farmingdale NY 11735

Fertility Center of Illinois
3703 W Lake Avenue Suite 310
Glenview IL 60026

Medical Center Anesthesia
2413 W Algonquin Road Suite 608
Algonquin IL 60102-9402

Alexian Bros Outpatient
1650 Moon Lake Blvd
Hoffman Estates IL 60169-1010

Grabowski Surgical Associates
800 Biesterfield Road Suite 3004
Elk Grove Village IL 60007-3364

Alexian Pediatric Specialty Group
PO Box 843147
Boston MA 02284-3147

Central DuPage Hospital
25 N Winfield Road
Winfield IL 60190-1295

Northwest Oncology & Hematology
3701 Algonquin Road Suite 900
Rolling Meadows IL 60008

Neopath SC
520 E 22nd Street
Lombard IL 60148

Optimum MasterCard
PO Box 17051
Baltimore MD 21297-1051

Target National Bank
PO Box 59317
Minneapolis MN 55459-0317

QVC
PO Box 981462
El Paso TX 79998-1462

GE Money Bank BK Dept
PO Box 103104
Roswell GA 30076

Best Buy Retail Services
PO Box 15521
Wilmington DE 19850

Paypal Buyer Credit
PO Box 981462
El Paso TX 79998-1462

JCPenney
PO Box 981403
El Paso TX 79998-1403

Capital One
PO Box 30285
Salt Lake City UT 84130-0285

TD Bank NA
1701 Route 70 East
Cherry Hill NJ 08034-5400

Debt Recovery Solutions
900 Merchants Concourse Suite 106
Westbury NY 11590-5114

HSBC Card Services
PO Box 60102
City of Industry CA 91716-0102

GE Capital / Old Navy
PO Box 2036
Warren MI 48090-2036

GE Capital / The Gap
PO Box 2036
Warren MI 48090-2036

Lane Bryant
PO Box 182121
Columbus OH 43218-2121

Pinnacle Credit Services
PO Box 640
Hopkins MN 55343-0640

Allergy & Asthma
1585 Barrington Road, Suite 606
Hoffman Estates IL 60169

Professional Bureau Collection
PO Box 628
Elk Grove CA 95759-0628

Dundee Dermatology
1201 Water Tower Place
West Dundee IL 60118

Overland Bond & Investment
4701 W Fullerton Avenue
Chicago IL 60639

Anne Szpindor, M.D.
PO Box 957377
Hoffman Estates IL 60195

Barclays Card Services
PO Box 13337
Philadelphia PA 19101

Aalto Enhancement
3734 7th Avenue Suite 12
Kenosha WI 53140

Aetna Health Care
PO Box 402299
Atlanta GA 30384

AM Community Credit Union
6715 Green Bay Road
Kenosha WI 53142

Aurora Medical Group
PO Box 341457
Milwaukee WI 53234

Bear Property Management
4015 80th Street
Kenosha WI 53142

Chase Bank
PO Box 711210
Columbus OH 43218

Capital One Bank
PO Box 60024
City of Industry CA 91716

Dell Financial Services
PO Box 6043
Carol Stream IL 60197

Dr Majed Jendali
6308 8th Avenue Suite 3050
Kenosha WI 53143

Great Lakes Higher Education Corporation
PO Box 3059
Milwaukee WI 53201

Gundersen Lutheran Clinic
Patient Business Services
PO Box 4020
La Crosse WI 54602-4020

Gundersen Lutheran Hospital
Patient Business Services
PO Box 4444
La Crosse WI 54602-4444

Horizon Behavioral Health
PO Box 7814
Gurnee IL 60031

IHC Kenosha Radiology
PO Box 3261
Milwaukee WI 53201

Melissa J Meyer
7801 88th Avenue Lot 305
Pleasant Prairie WI 53158

Orchard Bank
PO Box 5222
Carol Stream IL 60197

Toyota Financial Services
PO Box 371339
Pittsburgh PA 15250

UHC Physician Clinic
PO Box 130
Kenosha WI 53141

WE Energies
PO Box 2046
Milwaukee WI 53201-2046

Wells Fargo
PO Box 5058
Portland OR 97208

Encore Receivables Management
PO Box 47248
Oak Park MI 48237

I C System
PO Box 64887
Saint Paul MN 55164

Associates in Pediatrics
1015 Summit Street
Elgin IL 60120

Kenosha Water Utility
4401 Green Bay Road
Kenosha WI 53144

Financial Control Systems
PO Box 668
Germantown WI 53022

Omni Credit Services
333 Bishops Way, Suite 100
Brookfield WI 53005

Harris & Harris LTD
222 Merchandise Mart, Suite 1900
Chicago IL 60654

Americollect
PO Box 1566
Manitowoc WI 54221

Capital One
PO Box 60024
City of Industry CA 91716

Alexian Bros Outpatient Group Practice
1650 Moon Lake Blvd
Hoffman Estates IL 60169

Neuheisel Law Firm
64 E Broadway Road, Suite 245
Tempe AZ 85282

Target
PO Box 59317
Minneapolis MN 55459

The Stark Agency
PO Box 45710
Madison WI 53744

Fox Valley Dental Care
860 Summit Street, Suite 153
Elgin IL 60120

Walker Associates
2 Oliver Street
Boston MA 02109

Comcast
PO Box 3001
Southeastern PA 19398

Creditors Exchange
PO Box 2270
Buffalo NY 14240

Drs. Ross, Muritori, & Maccone
45 E Main Street
East Islip NY 11730

Medical Specialists
34314 Eagle Way
Chicago IL 60678

MRS Associates
1930 Olney Avenue
Cherry Hill NJ 08003

National Asset Management
PO Box 840
Moon Twp PA 15108

Source One Medical
38 Tesla Street, Suite 150
Irvine CA 92618

```
AT&T
700 Longwater Drive
Norwell MA 02061

Sears Solutions MC
PO Box 379
Wood Dale IL 60191

Qwest Diagnostics
315 Walt Whitman Road, Suite 307
Huntington Station NY 11746

Columbia House
c/o Nat'l Recovery Agency
PO Box 67015
Harrisburg PA 17106

NSLIJ - Syosset
221 Jericho Turnpike
Syosset NY 11791

NSLIJ - Manhasset
300 Community Drive
Manhasset NY 11030

NSLIJ - Southside
301 East Main Street
Bay Shore NY 11706

Reproductive Specialists of New York
1111 Montauk Highway, Suite 24
West Islip NY 11795

Home Properties, Inc
850 Clinton Square
Rochester, NY 14604

Pediatric Care Associates
2500 W Higgins Road, Ste 670
Hoffman Estates, IL 60169

Greater Elgin ER Specialists
PO Box 5940, Dept 20-1105
Carol Stream, IL 60197

Comed/Exelon
225 Merchandise Mart, Ste 1900
Chicago, IL 60654
```

Fifth Third Bank
3333 Beverly Road
Hoffman Estates, IL 60179

James Hanrahan
415 McHenry Avenue
Woodstock, IL 60098

PNC Bank
2730 Liberty Avenue
Pittsburgh, PA 15222

Foot First Podiatry
39 South Virginia Street
Crystal Lake, IL 60014

Provena Saint Joseph Hospital
77 N Airlite Street
Elgin, IL 60123

Centegra McHenry Hospital
4201 W Medical Center Drive
McHenry, IL 60050

Sherman Hospital
2320 Royal Blvd
Elgin, IL 60123

Toyota Motor Credit Corp
1000 Bridgeport Avenue #4T
Shelton, CT 06484

Mercy Woodstock Medical Center
2000 Lake Avenue
Woodstock, IL 60098