# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: CHRISTOPHER A. JAMES          §          Case No. 10-71168
       BONNIE J. JAMES               §
                                     §
       Debtors                       §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on 03/12/2010.

2)  The plan was confirmed on NA.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 09/16/2010.

5)  The case was dismissed on 09/24/2010.

6)  Number of months from filing or conversion to last payment: 1322.

7)  Number of months case was pending: 9.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: $8,000.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,610.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,610.00 |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 100.37 |
| Other | $ 0.00 |

| | |
|---|---|
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 100.37 |

Attorney fees paid and disclosed by debtor:        $ 0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHRISTOPHER A. & BONNIE J. | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT | Sec | 34,500.00 | 34,959.49 | 34,500.00 | 575.14 | 669.57 |
| TOYOTA MOTOR CREDIT | Uns | 0.00 | 0.00 | 459.49 | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Sec | 7,900.00 | 7,976.95 | 7,900.00 | 133.00 | 131.92 |
| OVERLAND BOND & INVESTMENT | Uns | 0.00 | 358.22 | 0.00 | 0.00 | 0.00 |
| MELISSA J MEYER | Pri | 1,077.00 | 1,077.00 | 0.00 | 0.00 | 0.00 |
| ECMC | Uns | 67,074.00 | 68,653.78 | 68,653.78 | 0.00 | 0.00 |
| AM COMMUNITY CREDIT UNION | Uns | 9,931.00 | 9,888.40 | 9,888.40 | 0.00 | 0.00 |
| AMERICAN EAGLE BANK | Uns | 8,327.00 | 9,483.78 | 9,483.78 | 0.00 | 0.00 |
| ISLAND GASTROENTEROLOGY | Uns | 3,080.00 | NA | NA | 0.00 | 0.00 |
| ST. ALEXIUS MEDICAL CENTER | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| HOME PROPERTIES INC | Uns | 2,155.00 | NA | NA | 0.00 | 0.00 |
| LONG ISLAND PATHOLOGY | Uns | 663.00 | NA | NA | 0.00 | 0.00 |
| FRENCH MEDICAL GROUP | Uns | 581.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 754.00 | 780.40 | 780.40 | 0.00 | 0.00 |
| ST. ALEXIUS MEDICAL CENTER | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN MATERNAL FETAL | Uns | 868.00 | NA | NA | 0.00 | 0.00 |
| STEVEN J. MURASKI DMD | Uns | 1,004.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| COMPREHENSIVE WOMENS | Uns | 373.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 439.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROS OUTPATIENT | Uns | 55.00 | NA | NA | 0.00 | 0.00 |
| PEDIATRIC CARE ASSOCIATES | Uns | 324.00 | NA | NA | 0.00 | 0.00 |
| GREATER ELGIN ER SPECIALISTS | Uns | 17.00 | NA | NA | 0.00 | 0.00 |
| ELGIN GASTROENTEROLOGY | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| GENZYME GENETICS | Uns | 463.00 | NA | NA | 0.00 | 0.00 |
| JZANUS LTD | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ENZO CLINICAL LABS | Uns | 1,049.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Uns | 1,070.00 | NA | NA | 0.00 | 0.00 |
| FERTILITY CENTERS OF ILLINOIS | Uns | 355.00 | NA | NA | 0.00 | 0.00 |
| GRABOWSKI SURGICAL ASSOC | Uns | 719.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN PEDIATRIC SPECIALITY | Uns | 132.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| MED CENTER ANESTHESIA | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| NEOPATH SC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST ONCOLOGY & | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| OPTIMUM MASTERCARD | Uns | 767.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 302.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Uns | 403.00 | 402.70 | 402.70 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 1,000.00 | 452.29 | 452.29 | 0.00 | 0.00 |
| DUNDEE DERMATOLOGY | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ASTHMA & ALLERGY | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 705.00 | 805.21 | 805.21 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 427.00 | 427.03 | 427.03 | 0.00 | 0.00 |
| JC PENNEY | Uns | 752.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 702.00 | NA | NA | 0.00 | 0.00 |
| TD BANK NA | Uns | 44.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 825.00 | 1,070.05 | 1,070.05 | 0.00 | 0.00 |
| GE CAPITAL OLD NAVY | Uns | 433.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL THE GAP | Uns | 346.00 | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Uns | 176.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Uns | 828.00 | NA | NA | 0.00 | 0.00 |
| GUNDERSEN LUTHERAN CLINICS | Uns | 498.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ANNE SZPINDOR MD | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN PEDIATRICS | Uns | 829.00 | NA | NA | 0.00 | 0.00 |
| GUNDERSEN LUTHERAN HOSPITAL | Uns | 2,192.00 | NA | NA | 0.00 | 0.00 |
| KENWI LLC | Uns | 1,886.00 | NA | NA | 0.00 | 0.00 |
| WE ENERGIES | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Uns | 1,887.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 278.00 | 277.22 | 277.22 | 0.00 | 0.00 |
| CHASE BANK | Uns | 564.00 | NA | NA | 0.00 | 0.00 |
| IHC KENOSHA RADIOLOGY | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| AETNA | Uns | 468.00 | NA | NA | 0.00 | 0.00 |
| HORIZON BEHAVIORAL HEALTH | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| KENOSHA WATER UTILITY | Uns | 86.00 | NA | NA | 0.00 | 0.00 |
| AALTO ENHANCEMENT | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| AURORA MEDICAL GROUP | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| DR MAJED JENDALI | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| ALEX BROS OUTPATIENT GROUP | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 33.00 | 34.51 | 34.51 | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 3,969.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK MASTERCARD | Uns | 951.00 | NA | NA | 0.00 | 0.00 |
| FOX VALLEY DENTAL CARE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| HEALTH LAB | Uns | 859.00 | NA | NA | 0.00 | 0.00 |
| NEUHEISEL LAW FIRM | Uns | 754.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| LITERARY GUILD | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| SOURCE ONE MEDICAL | Uns | 750.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Uns | 3,900.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 574.00 | 573.82 | 573.82 | 0.00 | 0.00 |
| COLUMBIA HOUSE DVD | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| DRS ROSS, MACCONE & MURITORI | Uns | 420.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL SPECIALISTS | Uns | 434.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATES IN PEDIATRICS | Uns | 480.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MRS ASSOCIATES | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET MANAGEMENT | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE LIJ HOSPITAL | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 37.00 | NA | NA | 0.00 | 0.00 |
| REPRODUCTIVE SPECIALISTS OF | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 200.00 | 272.55 | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD BANK - PRAIRIE | Uns | 788.00 | NA | NA | 0.00 | 0.00 |
| JAMES HANRAHAN | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| FOOT FIRST POLIARTY | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PROVENA SAINT JOSEPH HOSPITAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MCHENRY HOSPITAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN HOSPITAL | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| MERCY WOODSTOCK MEDICAL | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| WILLIAM & ROGENA TWOMEY | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 0.00 | 827.55 | 827.55 | 0.00 | 0.00 |
| H.E. STARK AGENCY INC | Uns | 0.00 | 1,757.69 | 1,757.69 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 846.28 | 846.28 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 42,400.00 | $ 708.14 | $ 801.49 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 42,400.00 | $ 708.14 | $ 801.49 |
|  |  |  |  |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 1,077.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 1,077.00 | $ 0.00 | $ 0.00 |
|  |  |  |  |
| **GENERAL UNSECURED PAYMENTS:** | $ 96,740.20 | $ 0.00 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 100.37 |
| Disbursements to Creditors | $ 1,509.63 |
| **TOTAL DISBURSEMENTS:** | $ 1,610.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  <u>12/23/2010</u>                By:  <u>/s/ Lydia S. Meyer</u>
                                              Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**